# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Nadesh Mantap Nkweta,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**NO. CV-26-01461-PHX-SMB (CDB)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 11, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied. Petitioner to take nothing and this case is closed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 11, 2026

             s/ A. Roybal
By   Deputy Clerk